UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO G. CONTRERAS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-1387

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated: January 29, 2020                      /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge